916

rari denied. *Sylvanus G. Felix* for petitioner. *Acting Solicitor General Stern, William S. Tyson* and *Bessie Margolin* filed a memorandum stating that respondent does not oppose the petition for certiorari.

No. 474. BLOOM ET AL. *v.* WILLIS ET AL. Supreme Court of Louisiana. Certiorari denied. *W. T. Saye* for petitioners. *Geo. Gunby, M. C. Thompson, W. D. Cotton* and *Wm. H. Bronson* for respondents.

No. 497. SEATRAIN LINES, INC. *v.* PENNSYLVANIA RAILROAD CO. ET AL. C. A. 3d Cir. Certiorari denied. *Carl E. Newton* and *Theodore S. Hope, Jr.* for petitioner. *John B. Prizer, Hugh B. Cox* and *Joseph F. Eshelman* for the Pennsylvania Railroad Co., *Charles Cook Howell, Francis M. Shea* and *U. B. Ellis* for the Atlantic Coast Line Railroad Co., *Sidney S. Alderman, Henry L. Walker, Waldron M. Ward, Mr. Shea* and *Warner W. Gardner* for the Southern Railway Co., *Mr. Cox* and *L. James Huegel* for the Baltimore & Ohio Railroad Co., *Harold J. Gallagher, James B. McDonough, Jr., W. R. C. Cocke* and *Chas. T. Abeles* for the Seaboard Air Line Railroad Co., *W. T. Pierson* and *Duane E. Minard* for the Erie Railroad Co., *J. Carter Fort, Thomas L. Preston, Mr. Ward* and *Gerald D. Finney* for the Association of American Railroads; and *Robert Carey* and *H. T. Lively* for the Louisville & Nashville Railroad Co., respondents.

No. 502. ATLANTIC COAST LINE RAILROAD CO. *v.* SOUTH CAROLINA EX REL. PUBLIC SERVICE COMMISSION OF SOUTH CAROLINA ET AL. Supreme Court of South Carolina. Certiorari denied. *Douglas McKay, Wm. P. Baskin, C. C. Howell* and *R. B. Gwathmey* for petitioner. *T. C. Callison,* Attorney General of South Carolina, *Irvine*